IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JULIO CHRISTIAN,                      :
                                      :
        Petitioner                    :
                                      :
    v.                                :   CIVIL NO. 3:CV-14-126
                                      :
COMMONWEALTH OF PENNSYLVANIA,         :   (Judge Conaboy)
                                      :
        Respondent                    :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

JULIO CHRISTIAN,                      :
                                      :
        Petitioner                    :
                                      :
    v.                                :   CIVIL NO. 3:CV-14-79     **FILED**
                                      :                            **SCRANTON**
COMMONWEALTH OF PENNSYLVANIA,         :   (Judge Conaboy)
                                      :                            JAN 2 8 2014
        Respondent                    :

PER_____ _cr_
DEPUTY CLERK

## ORDER

    AND NOW, THIS 28ᵗʰ DAY OF JANUARY, 2014, in accordance
with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

    1.   The Clerk of Court is directed to **CONSOLIDATE**
         Christian v. Commonwealth, Civil No. 3:CV-14-126
         into Christian v. Commonwealth, Civil No. 3:CV-
         14-79, pursuant to Federal Rule of Civil
         Procedure 42(a).

4

2.   The Clerk of Court is directed to **CLOSE** the case of <u>Christian v. Commonwealth</u>, Civil No. 3:CV-14-126.

3.   The Administrative Order entered on January 27, 2014 (Doc. 3) in <u>Christian v. Commonwealth</u>, Civil No. 3:CV-14-126 is **VACATED**.


RICHARD P. CONABOY
United States District Judge